THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DANIEL STRENFEL, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.

No. 2:21-cv-01208-BJR

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-01208-BJR) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00900-BCW   Document 25   Filed 09/28/21   Page 1 of 4

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff and Defendant T-Mobile USA, Inc., ("the Parties"), stipulate that T-Mobile's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 14 days, through October 14, 2021.

As of August 23, 2021, there is a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") regarding transfer and coordination or consolidation of related cases, including this one, for pretrial proceedings under 28 U.S.C. § 1407. *See In re T-Mobile Customer Data Security Breach Litigation.*, MDL Docket No. 3019 (ECF No. 1). The additional 14 days will allow T-Mobile to assess the pending JPML motion and continue discussions with Plaintiffs' counsel here and counsel in the related cases before responding to Plaintiff's Complaint.

Dated: September 27, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-01208-BJR) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00900-BCW    Document 25    Filed 09/28/21    Page 2 of 4

By: /s/ _Manish Borde_

**BORDE LAW** PLLC
Manish Borde, WSBA #39503
600 Stewart St., Ste. 400
Seattle, WA 98101
Telephone: (206) 905-6129
E-mail: mborde@bordelaw.com

**LAW OFFICES OF RONALD M. MARRON**
RONALD M. MARRON
ALEXIS M. WOOD
KAS L. GALLUCCI
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron@consumersadvocates.com
alexis@consumeradvocates.com
kas@consumeradvocates.com

**LOWEY DANNENBERG, P.C.**
MARGARET MACLEAN
CHRISTIAN LEVIS
AMANDA FIORILLA
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
mmaclean@lowey.com
clevis@lowey.com
afiorilla@lowey.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-01208-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00900-BCW   Document 25   Filed 09/28/21   Page 3 of 4

**ORDER**

IT IS SO ORDERED.

Dated this 28th day of September 2021.

                                             s/Barbara J. Rothstein

                                             Barbara J. Rothstein
                                             U.S. District Court Judge

Presented by:

/s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
        KOSullivan@perkinscoie.com
        LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON& BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-01208-BJR) - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00900-BCW     Document 25     Filed 09/28/21     Page 4 of 4